UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAMEZ C. HAZEN,

          Petitioner,

   v.

HOWARD C. BARRON,

          Respondent.

Case No. C23-1636-RAJ-SKV

ORDER TO SHOW CAUSE

On November 7, 2023, the Court entered an Order Directing Service of the Petition and ordering Respondent to file an Answer by December 7, 2023. Dkt. 5. To date, Respondent has not filed an Answer or requested an extension of the filing deadline, and has yet to enter a Notice of Appearance.

Respondent is ORDERED to SHOW CAUSE, within **fourteen (14) days** of the date of this Order, for the failure to file an Answer or request an extension of the filing deadline. Alternatively, Respondent may file the Answer and enter a Notice of Appearance before the fourteen-day deadline without further need for response to this Order.

/ / /

/ / /

ORDER TO SHOW CAUSE - 1

The Clerk is directed to send copies of this Order to the parties and to the Honorable Richard A. Jones.

Dated this 13th day of December, 2023.

*S. Kate Vaughan*

S. KATE VAUGHAN
United States Magistrate Judge