The Honorable Richard A. Jones
The Honorable S. Kate Vaughan

# UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| JAMEZ C. HAZEN,<br><br>                        Petitioner,<br><br>v.<br><br>HOWARD C. BARRON (Warden, FDC SeaTac),<br><br>                        Respondent. | No. C23-1636-RAJ-SKV<br><br>**[PROPOSED] ORDER GRANTING MOTION TO SUBSTITUTE RESPONDENT AND EXTEND TIME FOR ANSWER** |

Before the Court is the United States' Motion to Substitute Respondent and Extend Time for Answer. Dkt. 11. Upon review of the Motion, the Court finds that the United States has shown good cause and GRANTS the motion. It is hereby ORDERED:

1) Edward Fonteno, Acting Residential Reentry Manager, Seattle Residential Reentry Office, is substituted as the Respondent in this matter.

2) The Respondent may file its Answer to the petition on or before February 23, 2024.

DATED this 29th day of January, 2024.

*[signature: S. Kate Vaughan]*

S. KATE VAUGHAN
United States Magistrate Judge

[Proposed] Order Granting Motion to Substitute and Extend Time — 1
*Hazen v. Barron*, C23-1636-RAJ-SKV

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970